UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:  Scott & Kristy Ryan

    Debtor(s).

CHAPTER 13
CASE NO. 12-32409
JUDGE  Daniel S. Opperman

**Certificate of No Response To Debtors Motion to Pay Insurance Proceeds**

I, JOHN L. HICKS, being first duly sworn, states as follows:

1. On  5/16/16  a  Motion to Disburse Insurance Proceeds  was filed and served on the creditor in this case.

2. On  5/16/16  a Notice Pursuant to LBR 9014-1 (EDM) was mailed to the creditor with notice that unless a response or objection was filed within 14 days of the date of mailing the notice that the Court would enter an Order Granting Debtor's Motion to Avoid their Lien.

3. That as of  6/2/16  I have received no timely response or objection to the Motion.

Further Affiant sayeth not.

Dated:   6/2/16

    __/s/ John L. Hicks____
John L. Hicks P44667
412 S. Saginaw  1st Floor
Flint, MI  48502
(810) 232-2223
Jlhicks14@hotmail.com